UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RICHARD ALLEN DAVIS,

    Petitioner,

v.

THOMAS MACKIE,

    Respondent.

_____/

Case No. 1:17-cv-1117

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 12, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge