UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICHARD ALLEN DAVIS,

    Petitioner,      Case No. 1:17-cv-1117

v.              Honorable Paul L. Maloney

THOMAS MACKIE,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated: January 12, 2018      /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge